IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GERALD MOCK, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:21-CV-531 |
| SKORPIOS TECHNOLOGIES, INC., | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order dismissing Plaintiff's claims in this case. (Text Order, 8/13/21). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on August 13, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE